AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| IDEAL PRODUCTS LLC <br><br> *Plaintiff(s)* <br> v. <br> UNITED STATES OF AMERICA, INTERNAL REVENUE SERVICE and BROCK ZEEB, REVENUE AGENT <br><br> *Defendant(s)* | Civil Action No. 8:12CV267 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Eric Holder, U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW, Washington, D.C. 20530-0001
United States Attorney's Office
S. Amanda Marshall, United States Attorney
1000 SW Third Ave, Suite 600
Portland, OR 97204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Ideal Products LLC
PO Box 1037
Plymouth, IN 46563

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8/1/12

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Eric Holder, USAG & S. Amanda Marshall, US Attorney
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Pursuant to Federal Rules of Procedure, Rule 4j(1)(A)(ii)&(B)


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7/31/12

*Server's signature*

William Emerick    President
*Printed name and title*

Ideal Products LLC
PO BOX 1037
Plymouth, Indiana 46563
*Server's address*

Additional information regarding attempted service, etc: