# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IDEAL PRODUCTS LLC, | ) | |
| | ) | |
| Petitioner, | ) | 8:12CV267 |
| | ) | |
| V. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | **FINDINGS AND** |
| INTERNAL REVENUE SERVICE, | ) | **RECOMMENDATION** |
| and BROCK ZEEB, IRS Agent, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

On August 1, 2012, Ideal Products, LLC ("Ideal"), appearing *pro se*, filed a Petition to Quash IRS Third Party Summons.  ([Filing 1](#).)  Because limited liability companies, such as Ideal, cannot proceed *pro se*, the undersigned entered an order on August 3, 2012, giving Ideal until September 4, 2012, to obtain counsel.  ([Filing 4](#).)  In the order, the undersigned advised Ideal that failure to obtain counsel by the specified date would result in a recommendation that this action be dismissed.  As of today's date, counsel has not appeared on Ideal's behalf.

Accordingly,

**IT IS HEREBY RECOMMENDED** to Chief United States District Court Judge Laurie Smith Camp that this action be dismissed.

**DATED September 11, 2012.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**