# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IDEAL PRODUCTS LLC,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>UNITED STATES OF AMERICA, INTERNAL REVENUE SERVICE, BROCK ZEEB, IRS Agent,<br><br>　　　　　　Defendants. | CASE NO. 8:12CV267<br><br>MEMORANDUM<br>AND ORDER |

　　　　Before the Court are the Findings and Recommendation of Magistrate Judge Gossett (Filing No. 5). Plaintiff Ideal Products, LLC, appearing *pro se*, initiated this action by filing a Petition to Quash IRS Third Party Summons (Filing No. 1). No objections have been filed to the Magistrate Judge's Findings and Recommendation. Under 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of the record and adopts the Findings and Recommendation in their entirety. Accordingly,

　　　　IT IS ORDERED:

　　　　1.　　The Magistrate Judge's Findings and Recommendation (Filing No. 5) are adopted in their entirety;

　　　　2.　　The Plaintiff's Petition to Quash IRS Third Party Summons (Filing No. 1) is denied; and

　　　　3.　　This action is dismissed, without prejudice; and

　　　　4.　　A separate Judgment will be filed.

Dated this 1st day of October, 2012.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　s/Laurie Smith Camp
　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge

2